RECEIVED
IN LAKE CHARLES, LA

OCT 2 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

UNITED STATES OF AMERICA

VERSUS

GEORGE HENRY BRYANT

CRIMINAL NO.: 2:99CR20098-01
JUDGE MINALDI
MAG. JUDGE WILSON

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ ___ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this 24 day of Oct, 2005

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE